IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARIO GIL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:10-CV-921-ID |
| | ) | [WO] |
| DARLENE BUCHANAN, | ) | |
| | ) | |
| Respondent. | ) | |

**OPINION AND ORDER**

On December 16, 2010, the Magistrate Judge filed a Recommendation (Doc. 12) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED; and

2. The 28 U.S.C. § 2241 petition for habeas corpus relief be DISMISSED without prejudice because of Petitioner's failure to exhaust administrative remedies in accordance with the procedures established by the Bureau of Prisons.

An appropriate judgment will be entered.

Done this the 4th day of January, 2011.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE